UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PYFER LAW GROUP, LLC
Scott C. Pyfer, Esq.
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Telephone: (908) 543 4025
Attorneys for the Debtor

In Re:

MONIQUE HARVEY,

Debtor.

**Order Filed on February 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 21-17242 (CMG)

Chapter: 13

Judge: Gravelle

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 1, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  November 15, 2021  :

Property:    8 Lllanfair Lane, Ewing, New Jersey 08618

Creditor:    Select Portfolio Servicing, Inc.

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  the Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  April 30, 2022 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 21-17242-CMG
Monique Harvey     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Monique Harvey, 8 Llanfair Lane, Ewing, NJ 08618-1012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor HSBC Bank USA National Association, as Trustee nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Loss Mitigation Select Portfolio Services Inc. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Scott C. Pyfer | on behalf of Debtor Monique Harvey scott@pyferlawgroup.com scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Feb 01, 2022 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6