| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-17242 / CMG**

Monique Harvey

Petition Filed Date: 09/14/2021
341 Hearing Date: 10/14/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/28/2021 | $975.00 | 80423040 | 11/16/2021 | $975.00 | 80869790 | 12/30/2021 | $975.00 | 81763430 |
| 01/06/2022 | $975.00 | 81945930 | | | | | | |

**Total Receipts for the Period: $3,900.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Monique Harvey | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT C PYFER | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | HSBC BANK USA, NATIONAL ASSOCIATION<br>»»  P/8 LLANFAIR LANE/1ST MTG | Mortgage Arrears | $52,599.38 | $0.00 | $0.00 |
| 2 | U.S. DEPARTMENT OF EDUCATION | Unsecured Creditors | $314,486.16 | $0.00 | $0.00 |
| 3 | Ally Capital<br>»»  2015 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-17242 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 2/3/2022: | | | |
| Total Receipts: | $3,900.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $975.00 |
| Paid to Trustee: | $327.60 | Arrearages: | $0.00 |
| Funds on Hand: | $3,572.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

