|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>PYFER LAW GROUP, LLC<br>Scott C. Pyfer, Esq.<br>20 Commerce Drive, Suite 135<br>Cranford, New Jersey 07016<br>Telephone: (908) 543-4025<br>Facsimile: (908) 264-0721<br>E-Mail: scott@pyferlawgroup.com<br>Attorneys for the Debtor |   |
| In re:<br><br>MONIQUE HARVEY,<br><br>    Debtor. | Case No. 21-17242 (CMG)<br><br>Chapter 13<br><br>Hearing Date: July 6, 2022<br>at 9:00 AM |

## OPPOSITION TO MOTION OF CHAPTER 13 STANDING TRUSTEE TO DISMISS THE DEBTOR'S CHAPTER 13 CASE

Scott C. Pyfer, Esq. certifies as follows:

1. I am the attorney for Monique Harvey, the Debtor in this Chapter 13 case. I have knowledge of the facts set forth in this Certification.

2. According to ndc.org, the Debtor has remitted to the Trustee all payments due under the Chapter 13 Plan which was filed on October 11, 2021, and which was confirmed on February 7, 2022, through June, 2022. The Trustee had asserted that $1,950 was due from the Debtor as of June 1, 2022.

3. Earlier today I filed a modified Chapter 13 Plan, to clarify that the Debtor does not require a mortgage loan modification in order to complete full payment of the Debtor's pre-petition mortgage loan arrearages. That clarification addresses the Trustee's second reason asserted for dismissal of this case, that the Debtor has not obtained a mortgage loan modification.

4. For the foregoing reasons, the Debtor respectfully submits that the Trustee's motion to dismiss the Debtor's Chapter 13 case should be denied.

> */s/ Scott C. Pyfer*
> Scott C. Pyfer

Dated: June 29, 2022