UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption incompliance with D.N.J. LBR 9004-1(b)

Lavin, Cedrone, Graver, Boyd & DiSipio Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th &
Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Creditor

IN RE:
**MONIQUE HARVEY**

**Debtor**

Case No.: 21-17242-CMG

Chapter 13

Hearing Date: February 15, 2023, at 9:00 a.m.

Judge: Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled              ☐ Withdrawn

Matter: Ally Capital's Motion for Relief from the Automatic Stay

_____

DATE: 2/14/23

*/s/ Regina Cohen*
Signature