| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 21-17242 / CMG

Monique Harvey

Petition Filed Date: 09/14/2021
341 Hearing Date: 10/14/2021
Confirmation Date: 02/02/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2022 | $975.00 | 81945930 | 02/28/2022 | $975.00 | 83048220 | 03/30/2022 | $975.00 | 83694620 |
| 04/29/2022 | $975.00 | 84324270 | 06/06/2022 | $975.00 | 85121680 | 06/06/2022 | $975.00 | 85129540 |
| 07/05/2022 | $975.00 | 85607770 | 08/02/2022 | $975.00 | 86250170 | 09/01/2022 | $975.00 | 86811930 |
| 10/28/2022 | $975.00 | 87913960 | 11/30/2022 | $975.00 | 88525650 | 12/21/2022 | $975.00 | 88941380 |
| 01/30/2023 | $975.00 | 89627470 | 02/21/2023 | $975.00 | 90071570 | | | |

**Total Receipts for the Period: $13,650.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,575.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Monique Harvey | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT C PYFER<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | HSBC BANK USA, NATIONAL ASSOCIATION<br>»» P/8 LLANFAIR LANE/1ST MTG | Mortgage Arrears | $52,599.38 | $14,336.40 | $38,262.98 |
| 2 | U.S. DEPT OF EDUCATION<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $314,486.16 | $0.00 | $0.00 |
| 3 | ALLY CAPITAL<br>»» 2015 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-17242 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,575.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $14,336.40 | Current Monthly Payment: | $975.00 |
| Paid to Trustee: | $1,333.80 | Arrearages: | $975.00 |
| Funds on Hand: | $904.80 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

