Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−17242−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monique Harvey
   8 Llanfair Lane
   Ewing, NJ 08618

Social Security No.:
   xxx−xx−4260

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/17/24 at 09:00 AM

to consider and act upon the following:

*51* − Motion for Relief from Stay re: 2015 Honda Accord Sedan 4D LX 2.4L I4 Auto. Fee Amount $ 188. Filed by Regina Cohen on behalf of Ally Capital. Hearing scheduled for 1/18/2023 at 09:00 AM at CMG − Courtroom 3, Trenton. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Certification of Post − petition history # 6 Certification In Support of Motion # 7 Certificate of Service # 8 Proposed Order # 9 Statement as to Why No Brief is Necessary) (Cohen, Regina)

Dated: 1/2/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court