| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-17242 / CMG**

Monique Harvey

Petition Filed Date: 09/14/2021
341 Hearing Date: 10/14/2021
Confirmation Date: 02/02/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2023 | $975.00 | 89627470 | 02/21/2023 | $975.00 | 90071570 | 03/29/2023 | $975.00 | 90792310 |
| 04/18/2023 | $975.00 | 91166540 | 05/16/2023 | $975.00 | 91708400 | 06/27/2023 | $975.00 | 92415520 |
| 07/28/2023 | $975.00 | 92972860 | 08/30/2023 | $975.00 | 93520050 | 09/29/2023 | $975.00 | 94036400 |
| 10/30/2023 | $975.00 | 94529060 | 11/30/2023 | $975.00 | 95061170 | 12/26/2023 | $975.00 | 95485460 |

**Total Receipts for the Period: $11,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,325.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Monique Harvey | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT C PYFER<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | HSBC BANK USA, NATIONAL ASSOCIATION<br>»»  P/8 LLANFAIR LANE/1ST MTG | Mortgage Arrears | $52,599.38 | $23,362.94 | $29,236.44 |
| 2 | U.S. DEPT OF EDUCATION<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $314,486.16 | $0.00 | $0.00 |
| 3 | ALLY CAPITAL<br>»»  2015 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-17242 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,325.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $23,362.94 | Current Monthly Payment: | $975.00 |
| Paid to Trustee: | $2,067.99 | Arrearages: | $975.00 |
| Funds on Hand: | $894.07 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE***! Register today at www.ndc.org or scan this code to get started.**

