UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                   CASE NO.: 21-17242
                                                                        CHAPTER 13

Monique Harvey,
   Debtor.

_____/

**REQUEST FOR SERVICE**

       **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: /s/Cory Woerner
                                             Cory Woerner
                                             Email: cwoerner@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on May 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MONIQUE HARVEY
8 LLANFAIR LANE
EWING, NJ 08618

And via electronic mail to:

PYFER LAW GROUP, LLC
20 COMMERCE DR,SUITE 135
CRANFORD, NJ 07016

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE,CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE,OFFICE OF THE US TRUSTEE,ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                          By: /s/ Angela Gill