UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PYFER LAW GROUP, LLC
Scott C. Pyfer, Esq.
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Telephone: (908) 543 4025
Facsimile: (908) 264-0721
E-Mail: scott@pyferlawgroup.com
Attorney for the Debtor

| In Re: | Case No.: | 21-17242 (MEH) |
|---|---|---|
| MONIQUE HARVEY, | Judge: | Hall |
| Debtor. | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☒ Motion for Relief from the Automatic Stay filed by ___HSBC Bank USA, as trustee___ , creditor,

A hearing has been scheduled for _____September 10, 2025_____, at ___9 AM___.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

☒ Payments have been made in the amount of $ _____4,190.32_____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I have made all monthly payments from October, 2021 through August, 2025, and
records of those payments are attached. I pay through the SPS website, see copy
of most recent payment attached, and I pay at least the amount that is noted as due
on the SPS website. I have never received any communication or letter from SPS
that I have paid less than the actual amount due each month.

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _September 3, 2025_____          _/s/ Monique Harvey_____
                                          Debtor's Signature

Date: _____              _____
                                          Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*

| Posting Date | Effective Date | Category | Transaction | Description | Gross Amount | New Balance |
|---|---|---|---|---|---|---|
| 09/02/2025 | 09/02/2025 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,095.16 | -414.48 |
| 08/01/2025 | 08/01/2025 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,095.16 | 57.72 |
| 07/01/2025 | 07/01/2025 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,095.16 | -310.65 |
| 06/05/2025 | 06/05/2025 | Withdrawal | ACH | SELECT PORTFOLIO RETRY PYMT Monique Harvey | -2,095.16 | -84.79 |
| 06/02/2025 | 06/02/2025 | Withdrawal | Fee | Return Item Fee - ACH. SELECT PORTFOLIO SPS Monique Harvey | -30.00 | 715.86 |
| 05/01/2025 | 05/01/2025 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,001.44 | 51.86 |
| 04/01/2025 | 04/01/2025 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,001.44 | 6.59 |
| 02/28/2025 | 02/28/2025 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,001.44 | 98.56 |
| 02/03/2025 | 02/03/2025 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,001.44 | 52.10 |
| 01/07/2025 | 01/07/2025 | Withdrawal | ACH | SELECT PORTFOLIO RETRY PYMT Monique Harvey | -2,001.44 | -143.80 |
| 01/02/2025 | 01/02/2025 | Withdrawal | Fee | Return Item Fee - ACH: SELECT PORTFOLIO SPS Monique Harvey | -30.00 | 1,179.37 |
| 12/02/2024 | 12/02/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,001.44 | -209.86 |
| 11/01/2024 | 11/01/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,001.44 | 128.20 |
| 09/30/2024 | 09/30/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,095.16 | -31.93 |
| 08/30/2024 | 08/30/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -2,095.00 | 705.00 |
| 07/31/2024 | 07/31/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -1,800.00 | 103.44 |
| 07/05/2024 | 07/05/2024 | Withdrawal | ACH | SELECT PORTFOLIO RETRY PYMT Monique Harvey | -1,795.05 | 6,328.39 |
| 07/01/2024 | 07/01/2024 | Withdrawal | Fee | Return Item Fee - ACH: SELECT PORTFOLIO SPS Monique Harvey | -30.00 | 877.00 |
| 05/31/2024 | 05/31/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -1,800.00 | 44.72 |
| 05/01/2024 | 05/01/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -1,800.00 | 50.54 |

9/2/2025, 1:19 PM

Corelation Inc.

| Posting Date | Effective Date | Category | | Description | Gross Amount | New Balance |
|---|---|---|---|---|---|---|
| 04/05/2024 | 04/05/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS Monique Harvey | -1,471.40 | 49.60 |
| 03/29/2024 | 03/29/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,795.05 | 53.62 |
| 03/01/2024 | 03/01/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,733.31 | 1,922.29 |
| 02/15/2024 | 02/15/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,733.31 | 97.77 |
| 02/01/2024 | 02/01/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,733.31 | -332.40 |
| 01/02/2024 | 01/02/2024 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,733.31 | -553.68 |
| 11/15/2023 | 11/15/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,733.31 | 26.65 |
| 11/06/2023 | 11/06/2023 | Withdrawal | Fee | Return Item Fee - ACH: SELECT PORTFOLIO RETRY PYMT MONIQUE | -30.00 | 490.72 |
| 11/01/2023 | 11/01/2023 | Withdrawal | Fee | Return Item Fee - ACH: SELECT PORTFOLIO SPS MONIQUE | -30.00 | 662.12 |
| 10/02/2023 | 10/02/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,733.31 | -406.02 |
| 08/31/2023 | 08/31/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,733.31 | 344.35 |
| 07/31/2023 | 07/31/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,733.31 | 171.68 |
| 06/30/2023 | 06/30/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,800.70 | 141.18 |
| 05/31/2023 | 05/31/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,800.70 | 149.30 |
| 05/01/2023 | 05/01/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,800.70 | 24.67 |
| 03/30/2023 | 03/30/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,800.70 | 6.44 |
| 02/28/2023 | 02/28/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,800.70 | 20.67 |
| 01/31/2023 | 01/31/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,789.26 | 29.21 |
| 01/03/2023 | 01/03/2023 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,789.26 | 32.05 |
| 12/01/2022 | 12/01/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,790.00 | -335.48 |

9/2/2025, 1:19 PM

| Acct# S/L ID | Posting Date | Effective Date | Category | Segment | Transaction Description | Gross Amount | New Balance |
|---|---|---|---|---|---|---|---|
| | 11/01/2022 | 11/01/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,789.26 | -668.32 |
| | 09/16/2022 | 09/16/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,790.00 | -195.77 |
| | 08/15/2022 | 08/15/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,790.00 | 33.98 |
| | 07/15/2022 | 07/15/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,790.00 | 102.23 |
| | 06/16/2022 | 06/16/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,790.00 | 266.03 |
| | 05/13/2022 | 05/13/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,790.00 | 321.58 |
| | 04/14/2022 | 04/14/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,790.00 | 310.20 |
| | 03/16/2022 | 03/16/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,741.80 | 478.17 |
| | 02/15/2022 | 02/15/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,742.00 | 99.47 |
| | 01/19/2022 | 01/19/2022 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,741.80 | 77.82 |
| | 12/02/2021 | 12/02/2021 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,741.80 | 520.06 |
| | 11/01/2021 | 11/01/2021 | Withdrawal | ACH | SELECT PORTFOLIO SPS MONIQUE | -1,742.00 | 7,065.31 |

9/2/2025, 1:21 PM


(347)

Sheet 00001 of  00003

## Document 

**Done**

ctober 22, 2021 ▪ Page 2 of 6

WELLS FARGO

ctober 26. This update does not affect your account terms and conditions. Your fee period end date is located in the Monthly Service
e Summary section of your statement. Refer to the Consumer or Business Account Fee and Information Schedule located online at
alisfargo.com/feefaq for more information about monthly fee periods.

### tatement period activity summary

| | |
|---|---|
| Beginning balance on 9/23 | $218.43 |
| Deposits/Additions | 8,394.01 |
| Withdrawals/Subtractions | - 4,675.15 |
| **Ending balance on 10/22** | **$3,937.29** |

Account number:

**MONIQUE HARVEY**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### verdraft Protection

his account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
ease call the number listed on your statement or visit your Wells Fargo branch.

### nterest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $1,287.62 |
| Annual percentage yield earned | 0.01 % |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.02 |

### ransaction history



| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/23 | | | | | 5.32 |
| 9/23 | | | | 37.31 | 175.80 |
| 9/24 | | | | 28.42 | |
| 9/24 | | | | 21.86 | |
| 9/24 | | | | 12.80 | 112.7 |
| 9/27 | | | | 14.92 | |
| 9/27 | | | | 8.52 | |
| 9/27 | | | | 13.85 | 75.43 |
| 9/29 | | | 226.00 | | 301.43 |
| 9/30 | | | 40.00 | | |
| 9/30 | | | 2,000.00 | | |
| 9/30 | | | | 10.97 | |
| 9/30 | | | | 110.00 | |
| 9/30 | | | | 13.28 | 2,207.20 |
| 10/1 | | Select Portfolio Sps 0013306238 Monique | | 1,750.00 | 457.20 |
| 10/4 | | | | 19.18 | |
| 10/4 | | | | 20.00 | |

ctober 22, 2021 ▪ Page 3 of 6

WELLS FARGO

### ransaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/4 | | Purchase authorized on 10/01 Prime Video 2C4Vw3 888-802-3080 WA S461275118807408 Card 1581 | | 8.99 | |
| 10/4 | | Purchase authorized on 10/02 Exxonmobil 4755 Ewing NJ | | 20.00 | |

   

