**UNITED STATS BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Attorneys for HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates

Cory F. Woerner, Esquire (296702019)

**Order Filed on May 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case Number | 21-17242 |
| | Chapter | 13 |
| Monique Harvey | Hearing Date | October 1, 2025 |
| Debtor | Honorable | Eamonn J. O'Hagan |

### ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby ORDERED.

**DATED: May 26, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Page 2
In re: Harvey, Monique \ 21-17242-EJO
Order Resolving Motion for Relief from Stay with Conditions

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 8 Llanfair Lane, Ewing, NJ 08618 (the "Subject Property"), and Scott C. Pyfer, Esquire representing Monique Harvey ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   a. The Debtor is overdue for 01 month from March 1, 2026.

   b. The Debtor is overdue for 01 payment from March 1, 2026, at $2,031.08 per month.

   c. Funds Held In Suspense ($1,204.97).

   d. Total Arrearages Due $826.11.

2. Debtor must cure all post-petition arrearages, as follows:

   a. Beginning on April 1, 2026, regular monthly mortgage payments shall continue to be made in the amount of $2,031.08 or in such other amount as may be required pursuant to a timely notice under Fed. R. Bankr. P. 3002.1.

   b. On or Before April 30, 2026, monthly cure payments shall be made in the amount of $826.11.

3. Payments to the Secured Creditor shall be made at the following address(es):

   a. Regular monthly Payments:     Select Portfolio Servicing, Inc.
                                     Attn: Remittance Processing
                                     P.O. Box 65450
                                     Salt Lake City, UT 84165-0450


   b. Cure Payments:                Select Portfolio Servicing, Inc.
                                     Attn: Remittance Processing
                                     P.O. Box 65450
                                     Salt Lake City, UT 84165-0450

Page 3
In re: Harvey, Monique \ 21-17242-EJO
Order Resolving Motion for Relief from Stay with Conditions

4. In the event of Default:

a. Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

b. In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

c. This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

a. The Applicant is awarded attorney fees of $0.00 and costs of $0.00.

Page 4
In re: Harvey, Monique \ 21-17242-EJO
Order Resolving Motion for Relief from Stay with Conditions