**UNITED STATS BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Attorneys for HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates

Cory F. Woerner, Esquire (296702019)

**Order Filed on May 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | | Case Number | 21-17242 |
|---|---|---|---|
| | Monique Harvey | Chapter | 13 |
| | | Hearing Date | October 1, 2025 |
| | Debtor | Honorable | Eamonn J. O'Hagan |

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

ORDERED.

**DATED: May 26, 2026**

_Eamonn O'Hagan_
_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Page 2
In re: Harvey, Monique \ 21-17242-EJO
Order Resolving Motion for Relief from Stay with Conditions

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 8 Llanfair Lane, Ewing, NJ 08618 (the "Subject Property"), and Scott C. Pyfer, Esquire representing Monique Harvey ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   a. The Debtor is overdue for 01 month from March 1, 2026.

   b. The Debtor is overdue for 01 payment from March 1, 2026, at $2,031.08 per month.

   c. Funds Held In Suspense ($1,204.97).

   d. Total Arrearages Due $826.11.

2. Debtor must cure all post-petition arrearages, as follows:

   a. Beginning on April 1, 2026, regular monthly mortgage payments shall continue to be made in the amount of $2,031.08 or in such other amount as may be required pursuant to a timely notice under Fed. R. Bankr. P. 3002.1.

   b. On or Before April 30, 2026, monthly cure payments shall be made in the amount of $826.11.

3. Payments to the Secured Creditor shall be made at the following address(es):

   a. Regular monthly Payments:          Select Portfolio Servicing, Inc.
                                         Attn: Remittance Processing
                                         P.O. Box 65450
                                         Salt Lake City, UT 84165-0450


   b. Cure Payments:                     Select Portfolio Servicing, Inc.
                                         Attn: Remittance Processing
                                         P.O. Box 65450
                                         Salt Lake City, UT 84165-0450

Page 3
In re: Harvey, Monique \ 21-17242-EJO
Order Resolving Motion for Relief from Stay with Conditions

4. In the event of Default:

   a. Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

   b. In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

   c. This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

   a. The Applicant is awarded attorney fees of $0.00 and costs of $0.00.

23-124897
Harvey, Monique
Consent_Order_Final v 4

Page 4
In re: Harvey, Monique \ 21-17242-EJO
Order Resolving Motion for Relief from Stay with Conditions

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 21-17242-EJO |
|---|---|
| Monique Harvey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID              Recipient Name and Address**
db                   +  Monique Harvey, 8 Llanfair Lane, Ewing, NJ 08618-1012

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor HSBC Bank USA  National Association, as Trustee nj-ecfmail@mwc-law.com, alubin@mwc-law.com |
| Andrew M. Lubin | on behalf of Loss Mitigation Select Portfolio Services  Inc. nj-ecfmail@mwc-law.com, alubin@mwc-law.com |
| Cory Francis Woerner | on behalf of Creditor HSBC Bank USA  National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor HSBC Bank USA National Association cwoerner@raslg.com |

District/off: 0312-3                          User: admin                                      Page 2 of 2

Date Rcvd: May 26, 2026                      Form ID: pdf903                                Total Noticed: 1

Laura M. Egerman
                        on behalf of Creditor Ally Capital laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
                        on behalf of Creditor HSBC Bank USA  National Association, as Trustee, in trust for the registered holders of ACE Securities
                        Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates bkgroup@kmllawgroup.com,
                        matthew.fissel@brockandscott.com

Regina Cohen
                        on behalf of Creditor Ally Capital rcohen@lavin-law.com

Regina Cohen
                        on behalf of Creditor Ally Financial rcohen@lavin-law.com

Scott C. Pyfer
                        on behalf of Debtor Monique Harvey scott@pyferlawgroup.com  scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com

Sherri R. Dicks
                        on behalf of Creditor HSBC Bank USA  National Association, as Trustee, in trust for the registered holders of ACE Securities
                        Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates sdicks@raslg.com,
                        shrdlaw@hotmail.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

Vincent Alexander Aprile
                        on behalf of Creditor HSBC Bank USA  National Association, as Trustee, in trust for the registered holders of ACE Securities
                        Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates vaprile@raslg.com


TOTAL: 14